NOT YET SCHEDULED FOR ORAL ARGUMENT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CLEAN FUELS ALLIANCE AMERICA, | ) ) ) ) ) |
| *Petitioner,* | ) ) ) |
| v. | ) No. 22-1201 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| *Respondent.* | ) ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned case is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs.

Dated: August 24, 2023                    Respectfully submitted,

/s/ *Bryan M. Killian*
Bryan M. Killian
Douglas A. Hastings
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-3000 (telephone)
(202) 739-3001 (facsimile)

*Counsel for Clean Fuels Alliance America*

/s/ *Caitlin McCusker*
Caitlin McCusker
Environmental Defense Section
Environment and Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1950
caitlin.mccusker@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023 I caused the foregoing to be electronically filed with the Clerk of the U.S. Court of Appeals for the D.C. Circuit by using the Court's appellate CM/ECF system and that service will be accomplished by the appellate CM/ECF system.

                                              /s/ Bryan M. Killian